# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Jude - Full Time | ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U. S. District Court
Evo A, DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Physician, self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Mortgage on Property, Pima County (Pt. VII, line 5) | N |
| 2. Morgan Stanley | Mortgage on Property, Los Angeles County (Pt. VII, line 6) | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowman, Leslie A.** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Bank Account | | None | | | Closed | 09/11/19 | J | | |
| 2. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 3. Capital One Accounts | B | Interest | M | T | | | | | |
| 4. Bank of America Account | | None | J | T | | | | | |
| 5. Property #1, Pima County, AZ | | None | N | W | | | | | |
| 6. Rental Property #2, Los Angeles, County, CA | F | Rent | P1 | W | | | | | |
| 7. Diversified Van Inst Indx Plus | A | Dividend | J | T | Sold (part) | 12/17/19 | J | A | |
| 8. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | Sold (part) | 12/17/19 | J | A | |
| 9. Vanguard Prime Money Market Sweep Account (VMMXX) | A | Interest | J | T | | | | | |
| 10. Vanguard Health Care Fd Investor Shares (VGHCX) | C | Dividend | K | T | | | | | |
| 11. Vanguard Large Cap Indx Fd Adm Shares (VLCAX) | D | Dividend | M | T | | | | | |
| 12. Vanguard SmCap Indx Fd Adm Shares (VSMAX) | C | Dividend | M | T | | | | | |
| 13. Vanguard Total International Stock Indx Fd Adm Shares (VTIAX) | B | Dividend | L | T | | | | | |
| 14. Apple | A | Dividend | L | T | | | | | |
| 15. Vanguard S & P 500 Indx ETF (VOO) | D | Dividend | N | T | | | | | |
| 16. Vanguard Consumer Discretionary ETF (VCR) | B | Dividend | M | T | | | | | |
| 17. Vanguard SmCap ETF (VB) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Healthcare ETF (VHT) | C | Dividend | M | T | | | | | |
| 19. Vanguard Financials ETF (VFH) | C | Dividend | M | T | | | | | |
| 20. UBS Money Market | A | Interest | J | T | | | | | |
| 21. Vanguard Total Stock Mkt ETF (VTI) | C | Dividend | M | T | | | | | |
| 22. Vanguard Information Tech ETF (VGT) | C | Dividend | N | T | | | | | |
| 23. Vanguard Extended Mkt ETF (VXF) | B | Dividend | M | T | | | | | |
| 24. Vanguard Total International ETF (VXUS) | D | Dividend | M | T | | | | | |
| 25. Alphabet Inc C1 A | | None | J | T | | | | | |
| 26. Microsoft | A | Dividend | L | T | | | | | |
| 27. Union Pacific | A | Dividend | K | T | | | | | |
| 28. Abbvie | A | Dividend | K | T | | | | | |
| 29. Accelerate Diag | | None | | | Sold | 05/13/19 | K | D | |
| 30. Cisco | B | Dividend | K | T | | | | | |
| 31. Duke Energy | A | Dividend | J | T | | | | | |
| 32. Intel Corp | A | Dividend | K | T | | | | | |
| 33. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 34. Target | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Toronto Dam | A | Dividend | K | T | | | | | |
| 36.   United Parcel | A | Dividend | J | T | | | | | |
| 37.   Verizon | A | Dividend | J | T | | | | | |
| 38.   A T & T | A | Dividend | J | T | | | | | |
| 39.   Coca Cola | A | Dividend | J | T | | | | | |
| 40.   Facebook | | None | J | T | | | | | |
| 41.   ClearBridge Variable SmCap Growth Fund | | None | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 02/10/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/10/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 05/25/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 08/10/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 08/25/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 58. | | | | | Sold<br>(part) | 09/16/19 | K | | |
| 59. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 66. Delaware VIP SmCap Value Series | None | | L | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 02/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 70. | | | | | Buy (add'l) | 03/10/19 | J | | |
| 71. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 72. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 73. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 74. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 75. | | | | | Buy (add'l) | 05/25/19 | J | | |
| 76. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 77. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 78. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 79. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 80. | | | | | Buy (add'l) | 08/10/19 | J | | |
| 81. | | | | | Buy (add'l) | 08/25/19 | J | | |
| 82. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 83. | | | | | Sold (part) | 09/16/19 | J | | |
| 84. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 85. | | | | | Buy (add'l) | 10/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 91. Delaware VIP REIT Series | None | K | T | | Buy | 09/16/19 | K | | |
| 92. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 93. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 99. LVIP SSgA Developed International 150 | None | K | T | | Buy | 09/16/19 | K | | |
| 100. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 102. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 107. LVIP SSgA S & P 500 Index Fund<br>(Standard Class) | None | | L | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 02/10/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 03/10/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 113. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 05/25/19 | J | | |
| 117. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 121. | | | | | Buy (add'l) | 08/10/19 | J | | |
| 122. | | | | | Buy (add'l) | 08/25/19 | J | | |
| 123. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 124. | | | | | Sold (part) | 09/16/19 | J | | |
| 125. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 126. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 127. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 128. | | | | | Buy (add'l) | 11/10/19 | J | | |
| 129. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 130. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 131. | | | | | Buy (add'l) | 12/25/19 | J | | |
| 132. LVIP T. Rowe Price Structured MidCap Growth Fund | | None | K | T | Buy (add'l) | 01/10/19 | J | | |
| 133. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 134. | | | | | Buy (add'l) | 02/10/19 | J | | |
| 135. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 136. | | | | | Buy (add'l) | 03/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 05/25/19 | J | | |
| 142. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 143. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 08/10/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 08/25/19 | J | | |
| 148. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 149. | | | | | Sold<br>(part) | 09/16/19 | K | | |
| 150. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 156. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 157.  LVIP Wellington MidCap Value Fund | None | | L | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 159. | | | | | Buy<br>(add'l) | 02/10/19 | J | | |
| 160. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 161. | | | | | Buy<br>(add'l) | 03/10/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 166. | | | | | Buy<br>(add'l) | 05/25/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 170. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 08/10/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 08/25/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 174. | | | | | Sold<br>(part) | 09/16/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 11/10/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 12/25/19 | J | | |
| 182.  IShares Exponential technology ETF (XT) | A | Dividend | K | T | | | | | |
| 183.  Invesco Russell 100 Equal Weight ETF (EQAL) | B | Dividend | L | T | Buy<br>(add'l) | 12/04/19 | J | | |
| 184.  Vanguard Russell 2000 INDEX ETF (VTWO) | A | Dividend | L | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 185. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 186. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 187. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard 500 Index Fund (VFINX) | B | Dividend | L | T | Buy (add'l) | 04/15/19 | J | | |
| 189. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 190. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 191. Vanguard MidCap Growth (VMGRX) | A | Dividend | L | T | Buy (add'l) | 04/15/19 | J | | |
| 192. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 193. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 194. Vanguard Strategic Equity Fund (VSEQX) | A | Dividend | K | T | Buy (add'l) | 04/15/19 | J | | |
| 195. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 196. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 197. Vanguard Strategic SmCap Equity Fund (VSTCX) | A | Dividend | L | T | Buy (add'l) | 04/15/19 | J | | |
| 198. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 199. | | | | | Buy (add'l) | 11/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 188, 191, 194 and 197 - These investments were purchased on 10/26/18, per category D(2) but were inadvertantly not listed on my 2018 report. Each investment accrued dividends that should have been listed under category B(1) in the amount of the A range of income. Each original purchase should have been listed in Category D(3) in the K range. Investments listed on lines 188, 191 and 197 should have been listed under category C(1) as having a gross value at the end of reporting period in the K range. Line 194 had a gross value at the end of reportin period in the J range. Each value method should have been listed in category C(2) as T.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544